UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
COVINGTON

CRIMINAL ACTION NO. 2:24-10-DLB

UNITED STATES OF AMERICA                                                    PLAINTIFF

V.     **UNITED STATES'S RESPONSE TO THE DEFENDANT'S
       MOTION TO WITHDRAW HIS MOTION
       FOR POST-CONVICTION RELIEF**

RAYMOND ANTHONY HAMMOND JR.                                          DEFENDANT

\* \* \* \* \*

The United States hereby responds that it does not oppose Defendant Raymond Anthony Hammond Jr.'s motion to withdraw his motion for post-conviction relief. [R. 103: Motion to Withdraw; *see* R. 100: Motion for Post-Conviction Relief.]

                                  Respectfully submitted,

                                  PAUL C. McCAFFREY
                                  ACTING UNITED STATES ATTORNEY

By:     /s/ Andrew A. Spievack
        Assistant United States Attorney
        207 Grandview Drive, Suite 400
        Ft. Mitchell, Kentucky 41017-2762
        (859) 655-3205
        Fax (859) 655-3211

## **CERTIFICATE OF SERVICE**

On June 3, 2025, I electronically filed this document by using the CM/ECF system, and I mailed a copy to:

>Raymond Hammond, Register No. 05262-511
>FCI Atlanta
>Federal Correctional Institute
>P.O. Box 150160
>Atlanta, GA 30315
>*Pro Se Defendant*

>/s/ Andrew A. Spievack
>Assistant United States Attorney